**FILED**
Jul 10 2019
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY s/ sonia       DEPUTY

1  Name: IVAN M LEE, NATASHA L LEE
2  Address: 1223 SANTA OLIVIA Rd Chula Vista CA 91913
3  Telephone Phone: 619-816-1816
4  Email: natashaa927@gmail.com

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

IVAN M LEE
NATASH L LEE

Plaintiff(s),

v.

Select Portfolio Servicing INC.
First American Title Ins Co
Bank of America
OTAy Ranch Three Com Assoc

Defendant(s).

Case No.: **'19CV1268 JAH KSC**
(assigned at time of filing)

COMPLAINT mortGAGE Fraud
- foreclosure Fraud
- common LAW Fraud
- Statue of Limitations
- Homeowner Bill of Rights
- Dual tracking
- No Lawfully Legal Standing
- Robo Signing

## I. RELATED CASES

a. Do you have other Civil Case(s) in this or any other federal court?

☐ Yes    ☒ No

b. If yes, please list the case numbers here:

## II. STATEMENT OF CLAIM *(Briefly state the facts of your case. Describe how each defendant is involved, and tell what each defendant did to you that caused you to file this suit against them. Include names of any other persons involved, dates, and places.)*

1. Remove, Stop, delete, cease the trustee
2. foreclosure sale because of them performing
3. mortgage Fraud, Foreclosure Fraud, Statue of Limitations
4. Common law Fraud, Homeowner bill of
5. rights, dual Tracking, No lawfully
6. legal Standing, Robo Signing, These
7. result in irreparable injury, pain and
8. Suffering, punitive damages to the
9. plaintiff.
10. We would like a claim settlement for
11. our house to be free and clear and
12. paid in full. We are asking for a
13. settlement of punitive damages in the
14. Amount of 12 millions for from 2009
15. until present, Also pain and suffering of
16. in the Amount of 12 millions

**III.   RELIEF YOU REQUEST** *(State exactly what you want the court to do for you. Do not use this space to state the facts of your claim.)*

Remove, stop, delete, cease the trustee foreclosure sale of our home. These companies, the defendants been performing mortgage fraud, foreclosure fraud, common law fraud, Homeowner bill of rights, Statue of limitations, dual tracking, NO lawfully legal standing, robo signing. These result in irreparable injury, pain and suffering, punitive damages to the plaintiff.

We would like to claim a settlement for our house to be free and clear and paid in full. We are asking for a settlement of punitive damages in the amount of 12 millions for the period from 2009 until present. Also pain and suffering also during 2009 until present for a settlement of 12 millions

1  **IV.   DEMAND FOR JURY TRIAL** *(Would you like a trial by jury on all claims*
2  *pursuant to FRCP, Rule 38?)*
3          ☒ Yes        ☐ No
4
5  I declare under penalty of perjury that the foregoing is true and correct.
6  <u>07/10/2019</u>                        <u>*[signature]*</u>
7  Date                                       Signature
                                              IVAN M LEE
8                                             NATASHA L LEE
9                                             Printed Name